# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

WILFRED JOSEPH, LEROY ELLIS
AND BERNARD COLEMAN,
APPEARING BOTH INDIVIDUALLY
AND AS TRUSTEES OF THE NEW
MAGNOLIA BAPTIST CHURCH

VERSUS

REVEREND JOHN SCOTT

NO.   2024 CW 1235

DECEMBER 16, 2024

---

In Re:   Wilfred Joseph, Leroy Ellis and Bernard Coleman appearing both individually and as Trustees of the New Magnolia Baptist Church, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 200923.

---

BEFORE:   McCLENDON, WELCH, AND LANIER, JJ.

**STAY DENIED; WRIT GRANTED WITH ORDER.**  The district court's December 11, 2024 order granting intervenors' Motion and Order For Approval of Church Expenditures is vacated.   Louisiana Code of Civil Procedure art. 963 provides that if an order applied for by written motion is one to which the mover is not clearly entitled, or which requires supporting proof, the motion shall be served on and tried contradictorily with the adverse party.   This matter is remanded to the district court with instructions to conduct a hearing on intervenors' motion in accordance with art. 963.

PMc
JEW
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT